7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Cassandra Denise Micenhamer
*Debtor*

*Bankruptcy Case No.*
16–40972–abf7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
16–04089–abf

v.

**Cassandra Denise Micenhamer**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by default is hereby entered in favor of the Plaintiff and against the defendant, Cassandra Denise Michenhamer in the amount of $4,204.04. The defendant's obligation to the Kansas Department of Labor("KDol") is NON–DISCHARGEABLE. Judgment is further entered against the defendant for the costs of this matter in the form of filing fees in the amount of $350.00.

                                     PAIGE WYMORE–WYNN
                                     Court Executive

                                     By: /s/ Sharon Greene
                                        Deputy Clerk



Date of issuance: 9/22/16

Court to serve